THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: December 27, 2019



Katherine Maloney Perhach
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In re | Chapter 13 |
| Todd J. Hext | Case No. 19-28555-kmp |
| Debtor. | |

**ORDER GRANTING MOTION FOR RELIEF FROM
AUTOMATIC STAY AND ABANDONMENT**

NewRez LLC d/b/a Shellpoint Mortgage Servicing, its successors, servicing agents and/or assigns (the "Movant") filed a motion for relief from stay and for abandonment with respect to the Debtor's property located at 4616 N. Kenmore Ave. #406, Chicago, IL 60640 (the "Property"). Due and proper notice was given, and no objections were filed. The facts recited in the motion show that the Movant's interest in the Property is not adequately protected, or other cause exists for granting the Movant's request for relief from the stay and abandonment.

IT IS THEREFORE ORDERED: the stay of 11 U.S.C. § 362 is modified to permit the Movant to exercise its rights and remedies with respect to the Property under its loan documents and applicable nonbankruptcy law;

IT IS FURTHER ORDERED: the stay of 11 U.S.C. § 362, to the extent the stay applies, is modified to permit the Movant to offer, negotiate and enter into loss mitigation or mortgage modification options with the consent of the Debtor;

IT IS FURTHER ORDERED: the relief granted herein shall survive the conversion of this case from Chapter 13 to any other chapter under the Bankruptcy Code;

IT IS FURTHER ORDERED: the Trustee is authorized and ordered to abandon the Property from the bankruptcy estate under 11 U.S.C. § 554, and abandonment is effective upon entry of this Order;

IT IS FURTHER ORDERED: all other relief requested in the motion is denied; and

IT IS FURTHER ORDERED: this Order is effective immediately and is not stayed for 14 days pursuant to Bankruptcy Rule 4001(a)(3).

#####